**316**

393 P.2d 339

Thomas Lee CRAWFORD, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 97 HC.

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of certiorari be and the same is hereby denied for the reason that an appeal #7424 is pending in the Supreme Court.

393 P.2d 339

Michael DRAKE, Petitioner,

v.

The STATE of New Mexico and Harold A. Cox, Warden, et al., Respondents.

No. 92 HC.

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.